UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TIMLIC DEUTSCHLAND GMBH,            :

                Plaintiff,    :    08 Civ. 11022 (MGC)(HBP)

  -against-                        :    ORDER

ALTERNATIVE DATA COMMUNICATION      :
SOURCES, LLC,
                                  :

                Defendant.
                                  :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        The settlement conference in this matter will continue on November 12, 2009 at 10:00 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007. Principals from both parties, including Mr. Harald Suender on behalf of plaintiff, are directed to attend the continuation of the settlement conference.

Dated:  New York, New York
       October 29, 2009

                                          SO ORDERED

                                          HENRY PITMAN
                                          United States Magistrate Judge

Copies transmitted to:

Lance R. Spodek, Esq.,
330 West 58th Street
Suite 306
New York, New York  10019-1822

```
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz,
   Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York  10604
```